1  Ronald P. Rives (SBN 58130)
   Law Offices of Rives & Rives
2  2211 Railroad Avenue
   Pittsburg, CA 94565
3  Telephone: (925) 432-3511
   Facsimile: (925) 432-3516
4  rpr@riveslaw.com

5  Marcus T. Brown (SBN 255662)
   Law Office of Marcus T. Brown
6  3100 Oak Road, Suite 100
   Walnut Creek, CA 94597
7  (925) 482-8950 / (925) 482-8975 (Fax)
   marcus@marcusbrownlaw.com
8

9  Attorneys for Plaintiffs
   HILDA JONES-ALLEN, GEORGE ALLEN
10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  HILDA JONES-ALLEN, GEORGE ALLEN, | Case No.: 4:17-CV-05184-KAW |
| 14           Plaintiffs, | STIPULATION TO AMEND COMPLAINT TO SUBSTITUTE DOE DEFENDANT; AND |
| 15      v. | [~~PROPOSED~~] ORDER |
| 16  MARRIOTT INTERNATIONAL, INC.; and DOES 1 to 20, | Magistrate Judge: Hon. Kandis A. Westmore |
| 17 | Action filed: August 4, 2017 |
| 18           Defendants. | Trial date: TBD |

19

20      The parties stipulate that the complaint shall be amended to substitute ASHFORD TRS

21  SAPPHIRE II LLC DBA NEWARK RESIDENCE INN, for the fictitious name of Defendant "DOE

22  1."

23      This application is made on the grounds that, at the time of filing the complaint, Plaintiffs

24  were ignorant of the true name of DOE 1, and thus designated this defendant as DOE 1. Now,

25  having discovered the true name of this defendant to be ASHFORD TRS SAPPHIRE II LLC DBA

26  NEWARK RESIDENCE INN, Plaintiffs seeks to amend the complaint by substituting the true name

27  for the fictitious names wherever they appear in the complaint.

28  ///

                                                1

| | | |
|---|---|---|
| 1 | Date: February 14, 2018 | LAW OFFICES OF RIVES & RIVES |
| 2 | | |
| 3 | | /s/Ronald P. Rives |
| | | Ronald P. Rives |
| 4 | | Attorney for Plaintiffs |
| | | HILDA JONES-ALLEN, GEORGE ALLEN |
| 5 | | |
| 6 | | |
| 7 | Date: February 26, 2018 | LAW OFFICE OF MARCUS T. BROWN |
| 8 | | |
| 9 | | /s/Marcus T. Brown |
| | | Marcus T. Brown |
| 10 | | Attorney for Plaintiffs |
| | | HILDA JONES-ALLEN, GEORGE ALLEN |
| 11 | | |
| 12 | Date: February 23, 2018 | KLINEDINST PC |
| 13 | | |
| 14 | | /s/Michael W. Carruth |
| | | Ian A. Rambarran |
| 15 | | Michael W. Carruth |
| | | Attorneys for Defendant |
| 16 | | MARRIOT INTERNATIONAL, INC. |

**ORDER**

Having considered the parties' stipulation to amend the complaint, and good cause appearing, the Court ORDERS:

1. The stipulation is GRANTED; and
2. The complaint is hereby deemed amended to substitute ASHFORD TRS SAPPHIRE II LLC DBA NEWARK RESIDENCE INN for DOE 1.

Dated 2/27/18.

*Kandis Westmore*

MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT