Ronald P. Rives (SBN 58130)
Law Offices of Rives & Rives
2211 Railroad Avenue
Pittsburg, CA 94565
Telephone: (925) 432-3511
Facsimile: (925) 432-3516
rpr@riveslaw.com

Marcus T. Brown (SBN 255662)
Law Office of Marcus T. Brown
3100 Oak Road, Suite 100
Walnut Creek, CA 94597
(925) 482-8950 / (925) 482-8975 (Fax)
marcus@marcusbrownlaw.com

Attorneys for Plaintiffs
HILDA JONES-ALLEN, GEORGE ALLEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA JONES-ALLEN, GEORGE ALLEN,<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.;<br>and DOES 1 to 20,<br><br>Defendants. | Case No.: 4:17-CV-05184-KAW<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; AND [~~PROPOSED~~] ORDER |

///
///
///
///
///
///
///
///
///

## **STIPULATION**

The parties hereby stipulate that the case management conference currently set for August 21, 2018, be continued for six weeks so that the parties may continue to engage in settlement negotiations following their recent mediation.

Dated_____.          LAW OFFICES OF RIVES & RIVES


　　　　　　　　　　　　　　　　　　　　    /s/ Ronald P. Rives
　　　　　　　　　　　　　　　　　　　　 Ronald P. Rives
　　　　　　　　　　　　　　　　　　　　 Attorney for Plaintiffs
　　　　　　　　　　　　　　　　　　　　 HILDA JONES-ALLEN, GEORGE ALLEN


Dated_____.          LAW OFFICE OF MARCUS T. BROWN


　　　　　　　　　　　　　　　　　　　　    /s/ Marcus T. Brown
　　　　　　　　　　　　　　　　　　　　 Marcus T. Brown
　　　　　　　　　　　　　　　　　　　　 Attorney for Plaintiffs
　　　　　　　　　　　　　　　　　　　　 HILDA JONES-ALLEN, GEORGE ALLEN


Dated_____.          KLINEDINST PC


　　　　　　　　　　　　　　　　　　　　    /s/ Ian. A. Rambarran
　　　　　　　　　　　　　　　　　　　　 Ian A. Rambarran
　　　　　　　　　　　　　　　　　　　　 Michael W. Carruth
　　　　　　　　　　　　　　　　　　　　 Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　 MARRIOTT INTERNATIONAL, INC.

## **ORDER**

Having considered the parties' stipulation to continue the case management conference and their request for additional time to engage in settlement discussions and good cause appearing, the Court ORDERS that the case management conference currently scheduled for August 21, 2018, is hereby continued to October 2, 2018, at 1:30 pm.

Dated 8/20/18.

_____
MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT